# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 10-4955 RNB**                                           Date: **July 15, 2011**

Title: **Tyler John Porter v. Michael J. Astrue**
================================================================

**DOCKET ENTRY**
================================================================
PRESENT:

        **HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS)**

      On March 17, 2011, the Court issued an Order herein pursuant to the parties' stipulation, extending the time for compliance with the deadlines set forth in the Court's Case Management Order. Pursuant to the March 17, 2011 Order, the deadline for the filing of the Joint Stipulation was July 11, 2011. Further, the March 17, 2011 Order expressly provided that no further extensions would be granted. The July 11, 2011 filing deadline for the Joint Stipulation now has passed.

      Counsel for both parties are therefore ORDERED to appear before the Court on Tuesday, July 26, 2011, at 9:30 a.m., in Courtroom 6D of the Ronald Reagan Federal Building and United States Courthouse in Santa Ana, and to be prepared at that time to show cause, if any exists, why the Court should not monetarily sanction one or both of them for their failure to timely file a Joint Stipulation in compliance with the Court's Case Management Order. In addition, unless the Court's courtesy copy of the Joint Stipulation, together with the notice of electronic filing, is delivered to chambers no later than 4:00 p.m. the previous day (i.e., July 25, 2011), plaintiff's counsel should be prepared to show cause, if any exists, why the Court should not dismiss this action for lack of prosecution.